# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK MCDANIEL,<br><br>        Plaintiff,<br><br>v.<br><br>EDUCATIONAL CREDIT MANAGEMENT CORPORATION,<br><br>        Defendant. | Case No.: 18cv1949-LAB (MDD)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS [Dkt. 7]** |

The parties' joint motion to dismiss the case is **GRANTED**. Dkt. 7. This action is **DISMISSED WITH PREJUDICE**. The clerk is directed to close the case.

**IT IS SO ORDERED**.

Dated: November 8, 2018

*/s/ Larry A. Burns*
Hon. Larry Alan Burns
United States District Judge